# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHARIFF BUTLER** *and* **JEREMEY MELVIN,** | : | |
| Plaintiffs | : | |
| | : | No. 4:19-CV-2171 |
| v. | : | |
| | : | Judge Brann |
| | : | |
| | : | **Electronically Filed Document** |
| **JOHN WETZEL, et al.** | : | |
| | : | *Complaint Filed 12/20/19* |
| Defendants | : | |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of Defendants Former Corrections Institutional Safety Manager Robert Bilger, Corrections Officer Trevor Emigh, former Corrections Food Maintenance Manager Bruce Ewell, Corrections Superintendent's Assistance Connie Green, former Captain Brian Harris, Superintendent Kevin Kauffman, Corrections Health Care Administrator Paula Price, Unit Manager George Ralston, Corrections Officer Joshua Reed, Deputy Superintendent Mandy Biser Sipple, Corrections Counselor Allan Stratton, Administrative Officer Andrea Wakefield and former Deputy Superintendent William Walters in this matter.

**Respectfully submitted,**

                                      **JOSH SHAPIRO**
                                      **Attorney General**

                                **By:**  *s/ Stephen Moniak*
                                      **STEPHEN MONIAK**
**Office of Attorney General**        **Senior Deputy Attorney General**
**15th Floor, Strawberry Square**     **Attorney ID 80035**
**Harrisburg, PA 17120**
**Phone: (717) 705-2277**              **KAREN M. ROMANO**
                                      **Chief Deputy Attorney General**
[smoniak@attorneygeneral.gov](mailto:smoniak@attorneygeneral.gov)    **Civil Litigation Section**

**Date: October 2, 2020**                 **Counsel for Defendants**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHARIFF BUTLER** *and* **JEREMEY MELVIN,** | : | |
| **Plaintiffs** | : | |
| | : | No. 4:19-CV-2171 |
| v. | : | |
| | : | **Judge Brann** |
| **KEVIN KAUFFMAN, WILLIAM SCOTT WALTERS, BRIAN HARRIS, MANDY SIPPLE, BRUCE EWELL, CONSTANCE GREEN, ROBERT BILGER, PAULA PRICE, ANDREA WAKEFIELD, GEORGE RALSTON, ALLEN STRATTON, J. REED** *and* **T. EMIGH,** | : | **Electronically Filed Document** |
| | : | *Complaint Filed 12/20/19* |
| **Defendants** | : | |

## CERTIFICATE OF SERVICE

I, Stephen Moniak, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on October 2, 2020, I caused to be served a true and correct copy of the foregoing document titled ***Entry of Appearance*** to the Plaintiff via hand delivery through the Department of Corrections. This alternative method of service is being used due to the COVID-19 emergency.

**Shariff Butler, FM-4733**  
**SCI Huntingdon**  
*Pro Se Plaintiff*

**Jeremey Melvin, GB-7532**  
**SCI Huntingdon**  
*Pro Se Plaintiff*

   *s/ Stephen Moniak*  
**STEPHEN MONIAK**  
Senior Deputy Attorney General