UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHARIFF BUTLER and : No. 4:19-CV-02171
JEREMY MELVIN, :
: 
      Plaintiffs, : (Judge Brann)
:
      vs. :
:
KEVIN KAUFFMAN, et al. :
:
      Defendants. :

## JUDGMENT IN A CIVIL ACTION

The Court has ordered that (check one):

____ the plaintiff _____ recover from the defendant _____ the amount of $_____ dollars ($_____), which includes prejudgment interest at the rate of _____ percent, plus post judgment interest at the rate of _____ per annum, along with costs.

____ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _____ recovery costs from the plaintiff _____.

 **X**   OTHER:   judgment is entered in favor of Defendants Walters, Harris, Sipple, Ewell, Green, Bilger, Price, Wakefield, Ralston and Stratton..

This action was:

____ tried by a jury with Judge _____ presiding   and the jury has rendered a verdict.
____ tried by Judge _____ without a jury and the above decision was reached.
 **X**   decided by Judge Matthew W. Brann pursuant to 7/27/2022 Memorandum Opinion and Order.


Dated: 7/27/2022            Peter Welsh, Clerk of Court
                            By: s/Lisa A. Gonsalves, deputy