IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARIFF BUTLER and JEREMEY MELVIN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KEVIN KAUFFMAN, *et al.*,<br><br>　　　　Defendants. | No. 4:19-CV-02171<br><br>(Chief Judge Brann) |

## ORDER

**MARCH 22, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Summary judgment is **GRANTED** as to remaining Defendants Kauffman, Reed, and Emigh with respect to the sole remaining claim that those Defendants conducted a retaliatory search of Plaintiff Butler's cell.

2. The Clerk of Court is directed to enter judgment in favor of the remaining Defendants and close this case.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　*s/ Matthew W. Brann*
　　　　　　　　　　　　　　　Matthew W. Brann
　　　　　　　　　　　　　　　Chief United States District Judge